# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY RODRIGUEZ and RYAN WELLCOME, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PYRAMID OPERATING GROUP, INC. d/b/a INTERNATIONAL HOUSE OF PANCAKES a/k/a IHOP, *et al*.<br><br>    Defendants. | Case No. 2:20-cv-01207-JS |

## **PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL**

Plaintiffs, Anthony Rodriguez and Ryan Wellcome (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for entry of an Order:

(1) approving the $67,500.00 gross settlement set forth in the Settlement Agreement, attached as Exhibit 1 to the Declaration of Jason Conway;

(2) certifying a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) for purposes of settlement;

(3) approving the proposed Notice of Settlement, attached as Exhibit A to the Settlement Agreement;

(4) approving payment of service awards in the amounts of $2,500.00 each to Plaintiffs and $500.00 each to the current Opt-Ins, Louis Gelsomini and Allyson Harms;

(5) approving Analytics Consulting, LLC as the Settlement Administrator and payment of its administration costs in an amount not to exceed $5,000.00 to administer the settlement;

(6) approving payment of one-third of the gross settlement, or $22,500, in attorneys' fees and expenses to Plaintiffs' counsel; and

(7) dismissing the Action with prejudice and retaining jurisdiction for (6) months for the limited purpose of enforcing the Agreement.

The settlement satisfies all criteria for approval of a Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. collective action because it resolves a *bona fide* dispute between the parties and was reached as a result of arm's-length settlement negotiations conducted by counsel well-versed in employment law and with the assistance of Judge Carlos.[1]

Date: March 8, 2023
Philadelphia, PA

Respectfully Submitted,

/s/ *Jason Conway*
Jason Conway (PA I.D. No. 317113)
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Facsimile: (215) 278-4807
E-mail: jconway@conwaylegalpa.com

***Attorney for Plaintiffs***

---

[1] Pursuant to Local Rule 7.1(a), Defendant has reviewed the instant motion and does not oppose the relief sought by Plaintiffs.

## **CERTIFICATE OF SERVICE**

I certify that, on March 8, 2023, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

*s/ Jason Conway*
Jason Conway
