IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY RODRIGUEZ and RYAN WELLCOME, *individually and on behalf of all others similarly situated* | : : : | CIVIL ACTION<br><br>No. 20-1207 |
| v. | : : | |
| PYRAMID OPERATING GROUP, INC., ET AL. | : : | |

### **ORDER**

AND NOW, this 17th day of March, 2023, upon consideration of Plaintiffs' unopposed Motion for Settlement Approval (ECF No. 47), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

It is FURTHER ORDERED this Action is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction for six months from the filing of this Order for the limited purpose of enforcing the Agreement.

BY THE COURT:

　　/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.